**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 08, 2016

Mr. Don Lee Keskey
Public Law Resource Center
333 Albert Avenue
Suite 425
East Lansing, MI 48823

> Re: Case No. 16-4059, *Allband Communications Coop v. FCC, et al*
> Originating Case No. : 10-90

Dear Counsel,

The motion for a 30-day extension of time to file Petitioner's Brief is GRANTED. The briefing schedule for this case has been reset and the briefs and appendices listed below must be filed electronically with the Clerk's office no **later** than these dates.

| | |
|---|---|
| Petitioner's Brief<br>Appendix (if required by 6th Cir.<br>R. 30(c) and (f)) | Filed electronically by **January 12, 2017**<br>**FINAL EXTENSION** |
| Respondent's Brief<br>Appendix (if required by 6th Cir.<br>R. 30(c) and (f)) | Filed electronically by **February 13, 2017** |
| Petitioner's Reply Brief<br>(Optional) | Filed electronically **14** days after the respondent's brief is filed.<br>See Fed. R. App. P. 26(c) |

A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard. *See* 6th Cir. R. 34(a). If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

In scheduling appeals for oral argument, the court will make efforts to avoid dates that counsel have previously brought to its attention as presenting a conflict during weeks when the court is scheduled to sit.  The court's sitting schedule may be found at [http://ca6pub1.circ6.dcn/internet/court_calendars/documents/sessioncal.pdf](http://ca6pub1.circ6.dcn/internet/court_calendars/documents/sessioncal.pdf).  Because cases are set for calendar early in the case, counsel should provide as soon as possible any dates of unavailability during the next nine months, preferably no later than the filing of the appellee's brief.  Counsel should use the "Counsel Unavailability Form" located on the court's website.  If subsequent conflicts arise, counsel should notify the court as soon as possible.

        Sincerely yours,

        s/Robin Baker
        Case Manager
        Direct Dial No. 513-564-7027

cc:  Ms. Sarah Citrin
  Mr. Robert B. Nicholson
   Sean Sandoloski
  Mr. Richard Welch