# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 17, 2017

Mr. Don Lee Keskey
Public Law Resource Center
333 Albert Avenue
Suite 425
East Lansing, MI 48823

Re: Case No. 16-4059, *Allband Communications Coop v. FCC, et al*
Originating Case No. : 10-90

Dear Counsel,

The motion to hold briefing in abeyance is GRANTED. Briefing in this case will be held in abeyance pending a ruling on the "Emergency Petition" filed with the FCC. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Petitioner's Counsel shall file a Status Report every 60 days advising of the status of the petition filed with the FCC. Petitioner's first status report is due **March 20, 2016**.

Sincerely yours,

s/Robin Baker
Case Manager
Direct Dial No. 513-564-7027

cc: Mr. Robert B. Nicholson
 Sean Sandoloski
 Mr. William Scher
 Mr. Richard Welch