## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| ALLBAND COMMUNICATIONS COOPERATIVE, | ) ) ) | |
| Petitioner | ) ) | |
| v | ) ) | Case No. 16-4059 |
| FEDERAL COMMUNICATIONS COMMISSION and the UNITED STATES OF AMERICA | ) ) ) ) | |
| Respondents. | ) | |

## STATUS REPORT OF PETITIONER
## ALLBAND COMMUNICATIONS COOPERATIVE

Petitioner Allband Communications Cooperative, by its undersigned counsel, files this Status Report in accordance with the Court's January 17, 2017 letter granting Petitioner's Motion to Hold Case in Abeyance, directing Petition to file its First Status report on this date, March 20, 2017.

Petitioner's January 12, 2017 Emergency Petition of Allband Communications Cooperative for Interim Partial Waiver of the Part 54.302 Rule and for Increased Per Line Support is still pending a decision by the Federal Communications Commission (FCC). However, the management of Petitioner Allband, and its accounting and regulatory consultants, and undersigned counsel, have participated in numerous conference calls, and exchange of documents and records, since the filing of Petitioner Allband's appeal in this case, and also subsequent to the filing by Petitioner Allband of its Motion to Hold Case in Abeyance. In addition, the above persons on behalf of Petitioner Allband also participated on February 9, 2017

in on-site meetings with the FCC Wireline Bureau, and other staff representatives of the FCC, and also on-site discussions with the Staff of the Universal Service Administrative Company (USAC), an agency that provides technical reviews and reports to the FCC. The above representatives of Allband also met on February 10, 2017 with the Acting Administrator for the Rural Utility Service (RUS) of the United States Department of Agriculture and its staff, to facilitate the filing by Allband of a request for certain modifications to its RUS loan payment schedule, and to authorize and encourage discussions regarding Petitioner Allband between RUS, USAC Staff, and the FCC Staff.

Petitioner Allband has been informed that USAC will be issuing a final report as soon as this week. Petitioner Allband believes that USAC's report may provide support for favorable FCC action concerning Petitioner Allband's Interim Emergency Waiver Petition, or alternatively, FCC action to grant Allband a more permanent waiver. Although Petitioner Allband cannot at this time know or guarantee the nature of the upcoming FCC action, Petitioner Allband reasonably believes at this time that upcoming FCC decisions or actions may resolve most or all issues that Petitioner Allband would raise in this appeal docket.

Respectfully submitted,

ALLBAND COMMUNICATIONS COOPERATIVE

By its counsel:

/s/ Don L. Keskey
Don L. Keskey (P23003)
Public Law Resource Center PLLC
University Office Place
333 Albert Avenue, Suite 425
East Lansing, MI 48823
Telephone: (517) 999-7572
Dated: March 20, 2017          E-mail: donkeskey@publiclawresourcecenter.com

## CERTIFICATE OF SERVICE

I certify that on March 20, 2017, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ Don L. Keskey
Don L. Keskey (P23003)
Public Law Resource Center PLLC
University Office Place
333 Albert Avenue, Suite 425
East Lansing, MI 48823
Telephone: (517) 999-7572
Dated: March 20, 2017    E-mail: donkeskey@publiclawresourcecenter.com