UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ALLBAND COMMUNICATIONS COOPERATIVE, <br>     Petitioner <br> v <br> FEDERAL COMMUNICATIONS COMMISSION and the UNITED STATES OF AMERICA <br>     Respondents. | Case No. 16-4059 |

## STATUS REPORT OF PETITIONER
## ALLBAND COMMUNICATIONS COOPERATIVE

Petitioner Allband Communications Cooperative (Allband), by its undersigned counsel, files this Status Report in accordance with the Court's January 17, 2017 letter granting Petitioner's Motion to Hold Case in Abeyance, and directing Petitioner Allband to file Status Reports.[1]

**A.**    **Events since Allband's recent reports**

Allband's FCC case remains pending and unchanged since Allband's last status report filed with the Court on June 14, 2024. Specifically, as of this date, Petitioner Allband's March 26, 2018, Application for Review (or AFR) to the Federal Communications Commission (FCC or Commission), as augmented by Allband's June 14, 2020 Supplement to Application for Review with attachments (AFR Supplement), and Allband's August 6, 2020 revision to AFR Supplement, remains pending and undecided. Allband's AFR and AFR Supplement, as revised, seeks Commission review of that portion of the Wireline Bureau's February 22, 2018 Order relating to certain "clawback" issues and reconciliations.[2]

---

[1] Allband filed its First Status report on March 20, 2017, followed by status reports filed every two months thereafter, with the most recent prior report filed on June 14, 2024.

[2] *Application for Review of Allband Communications Cooperative of the February 22, 2018 Order of the Wireline Competition Bureau*, WC Docket No. 10-90, *et al; In the Matter of the Connect America Fund, Allband Communications Cooperative Petition for Waiver of Certain High-Cost Universal Service Rules*, WC Docket No. 10-90, CA 18-177 rel February 22, 2018 ("2018 Allband Waiver Order").

- 1 -

Allband is preparing a presentation for review by the FCC Staff and Commission counsel. Allband then plans to schedule a meeting with the FCC Staff and Commission Counsel for a suitable date in September 2024 for the purposes of advancing a resolution of the remaining issues which are relevant to Allband's appeal in this court docket.

**B.   Facts and Background detailed in Allband's Previous Status Reports**

As background related to issues in this case, Petitioner Allband on January 12, 2017 filed with the FCC an Emergency Petition with supporting attachments.[3]  Subsequently, Petitioner Allband on July 27, 2017, filed in the underlying FCC case, WC Docket 10-90, a further waiver petition, with extensive updated attachments.[4]  This waiver petition documented Allband's qualification for an increase in per-line support over and above the level asserted in Allband's January 12, 2017 Emergency Waiver Petition.  On February 22, 2018, the FCC's Wireline Competition Bureau, pursuant to delegated authority, issued its Order granting in part and denying in part Petitioner Allband's July 27, 2017 Waiver Petition.[5]

The February 22, 2018 Order, attached to Allband's March 19, 2018 Status Report, decided some issues in favor of Petitioner Allband, including the restoration of higher per-line support to Allband, and favorable findings regarding Petitioner Allband's cost accounting. However, the Order also denied a portion of the per-line Universal Service Fund (USF) support to which Allband was entitled to recover based upon its valid costs.

On May 7 and 8, 2018, counsel for Allband met with Staff members of the FCC and with FCC counsel in the FCC's offices in Washington, D.C. (with the General Manager of Allband

---

[3] *Emergency Petition of Allband Communications Cooperative for Interim Partial Waiver of the Part 54.302 Rule and for Increased Per Line Support*.

[4] *Petition of Allband Communications Cooperative for Waiver of the part 54.302 Rule and for Increased Per-Line Support.*

[5] *In the Matter of Connect America Fund, Allband Communications Cooperative Petition for Waiver of Certain High-Cost Universal Service Rules*, WC  Docket 10-90 (DA 18-177, February 22, 2018).

participating by telephone), regarding the remaining issues which are the subject of Allband's March 26, 2018 Application for Review. This was followed by a phone conference between Allband counsel and Allband's General Manager, and FCC Staff, held on May 14, 2018. Subsequent phone discussions with FCC Staff were also undertaken, in accordance with FCC procedures, and in efforts to resolve the remaining issues.

In furtherance of the goal to resolve pending matters, Allband exhaustively reviewed, and then accepted by its July 16, 2019 acceptance letter, entry into the FCC's A-CAM II program as established by the December 12, 2018, FCC Order and Further Notice of Proposed Rulemaking[6] that has provided an alternative regulatory program for Allband.

Allband's election to switch to the FCC's A-CAM II program, and the RUS approval of Allband's restructured loan, do not moot or alter Allband's remaining issues in this appeal. However, Allband's decision concerning A-CAM II hopefully will provide further support for favorable future Commission action concerning Allband's pending Application for Review, as now supplemented. Allband's election of the A-CAM II program may also be helpful in resolving the remaining issues in this appellate docket.

Allband also obtained a restructuring of its then existing loan with the Rural Utility Service (RUS) of the U.S. Department of Agriculture. Allband also continues to be engaged in the filing of reports and information exchanges with the Rural Utility Service (RUS) of the U.S. Department of Agriculture (USDA), and to otherwise pursue additional options which may contribute toward resolution of financial issues faced by Allband and to a resolution of issues with the FCC.

---

[6] *See Connect America Fund, ETC Annual Reports and Certifications, Establishing Just and Reasonable Rates for Local Exchange Carriers, Developing a Unified Intercarrier Compensation Regime;* WC Docket Nos. 10-90, 14-58, and 07-135, CC Docket No. 01-92; Report and Order, Further Notice of Proposed Rulemaking, and Order on Reconsideration, FCC 18-176, at paras. 31-69 (Dec. 12, 2018) (December 2018 Rate-of-Return Reform Order).

C.   **Conclusion**

Petitioner Allband asserts that the partial grant of Allband's Waiver Petition by the FCC Wireline Bureau in its February 22, 2018 Order was generally favorable, and that said Order narrows the issues in this appeal.  However, Allband cannot at this time know the nature and timeframe of the upcoming FCC action concerning the remaining clawback matters raised in Allband's Application for Review (AFR), and Allband's June 14, 2020 AFR Supplement thereto, and August 6, 2020 AFR Supplement Revision, which remain pending for decision by the Commission, and involves issues within the scope of Petitioner Allband's appeal in this docket.  Allband reasonably believes at this time that the FCC's review of Allband's March 26, 2018 Application for Review (or by its Wireline Competition Bureau by delegation), as supplemented, may resolve the remaining issues Petitioner Allband would raise in this appeal docket.

|  |  |
|---|---|
| | Respectfully submitted,<br>ALLBAND COMMUNICATIONS COOPERATIVE<br>By its counsel:<br>*/s/ Don L. Keskey*<br>Don L. Keskey (P23003)<br>Public Law Resource Center PLLC<br>University Office Place<br>333 Albert Avenue, Suite 425<br>East Lansing, MI  48823 |
| Dated:  August 6, 2024 | Telephone: (517) 999-7572<br>E-mail:  donkeskey@publiclawresourcecenter.com |

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2024, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

|  |  |
|---|---|
| | */s/ Don L. Keskey*<br>Don L. Keskey (P23003)<br>Public Law Resource Center PLLC<br>University Office Place |
| - | 333 Albert Avenue, Suite 425<br>East Lansing, MI  48823<br>Telephone: (517) 999-7572 |
| Dated:  August 6, 2024 | E-mail:  donkeskey@publiclawresourcecenter.com |